ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
FRANK J. JANECEK, JR. (156306)
CHRISTOPHER COLLINS (189093)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
frankj@rgrdlaw.com
chrisc@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

*IT IS SO ORDERED*
*Judge Howard R. Lloyd*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KLEER, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>CARRIER IQ, et al.,<br><br>                       Defendants. | Case No. CV11-06630-HRL<br><br>STIPULATION |

In support of this Stipulation, Robert Kleer ("Plaintiff" or "Kleer") and Carrier IQ, Inc. ("Defendant" or "Carrier IQ") or (collectively, the "Parties"), state as follows:

WHEREAS the above-referenced Plaintiff filed the above-captioned case;

WHEREAS the above-referenced Plaintiff alleges violations of the Federal Wiretap Act and other laws by the Defendant in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular telephone and other device users on whose devices software made by defendant Carrier IQ is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or consolidation have been filed;

WHEREAS, in light of the pending MDL Motion and to facilitate an orderly schedule for responding to the pleadings in the CIQ cases, the Parties have agreed that the deadline for Carrier IQ to answer, move, or otherwise respond to the Complaint shall be extended until 45 days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted; *provided*, however, that in the event that Carrier IQ shall respond on an earlier response date in any of the CIQ cases, Carrier IQ shall respond to the Kleer Complaint on that earlier date;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, the Parties agree that that preservation of evidence in the CIQ cases is vital, that defendant has received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that the delay brought about by this Stipulation shall not result in the loss of any evidence;

1  NOW THEREFORE, Kleer and Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to the Complaint in the above-captioned case shall be extended until 45 days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted; *provided*, that in the event that Carrier IQ shall respond on an earlier response date in any of the MDL Cases, Carrier IQ shall respond to the Kleer Complaint on that earlier date.

2. In the event that Carrier IQ provides documents or information to any plaintiff in any of the MDL cases or any of the various actions filed in the many Districts throughout the United States, Carrier IQ will provide those documents or information to Kleer at the same time and in the same format.

3. As a further condition of entry into this Stipulation, Defendant agrees that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

This Stipulation does not constitute a waiver by Carrier IQ or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

IT IS SO STIPULATED.

DATED:  December 29, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
FRANK J. JANECEK, JR.
CHRISTOPHER COLLINS


 s/ CHRISTOPHER COLLINS
CHRISTOPHER COLLINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS |
| 3 | Post Montgomery Center |
| 4 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 5 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 6 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 7 | PAUL J. GELLER<br>STUART A. DAVIDSON |
| 8 | MARK DEARMAN<br>120 East Palmetto Park Road, Suite 500 |
| 9 | Boca Raton, FL  33432<br>Telephone:  561/750-3000 |
| 10 | 561/750-3364 (fax) |
| 11 | Attorneys for Plaintiff |
| 12 | |
| 13 | DATED:  December 29, 2011    FENWICK & WEST LLP<br>TYLER G. NEWBY |
| 14 | JENNIFER J. JOHNSON |
| 15 | s/ TYLER G. NEWBY |
| 16 | (w/ permission)<br>TYLER G. NEWBY |
| 17 | 555 California Street, 12th Floor |
| 18 | San Francisco, CA 94104<br>Telephone: 415/875-2300 |
| 19 | 415/281-1350 (fax) |
| 20 | FENWICK & WEST, LLP<br>ROGER R. COLE |
| 21 | MOLLY R. MELCHER<br>Silicon Valley Center |
| 22 | 801 California Street<br>Mountain View, CA  94041 |
| 23 | Telephone:  650/988-8500<br>650/938-5200 (fax) |
| 24 | Attorneys for Defendant Carrier IQ, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2011.

    s/ CHRISTOPHER COLLINS
CHRISTOPHER COLLINS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:ChrisC@rgrdlaw.com