1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   shawnw@rgrdlaw.com
         – and –
6   FRANK J. JANECEK, JR. (156306)
    CHRISTOPHER COLLINS (189093)
7   655 West Broadway, Suite 1900
    San Diego, CA  92101
8   Telephone:  619/231-1058
    619/231-7423 (fax)
9   frankj@rgrdlaw.com
    chrisc@rgrdlaw.com
10
    Attorneys for Plaintiff
11
    [Additional counsel appear on signature page.]
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15  ROBERT KLEER, Individually and on Behalf )   Case No. CV11-06630-HRL
    of All Others Similarly Situated,            )
16                                               )   STIPULATION
                              Plaintiff,         )
17                                               )
            vs.                                  )
18                                               )
    CARRIER IQ, et al.,                          )
19                                               )
                              Defendants.        )
20  _____  )

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1    In support of this Stipulation, Robert Kleer ("Plaintiff" or "Kleer" ) and HTC America, Inc.

2  ("Defendant" or "HTC America, Inc.") or (collectively, the "Parties"), state as follows:

3    WHEREAS the above-referenced Plaintiff filed the above-captioned case;

4    WHEREAS the above-referenced Plaintiff alleges violations of the Federal Wiretap Act and

5  other laws by the Defendant in this case;

6    WHEREAS over 50 other complaints have been filed to-date in federal district courts

7  throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular

8  telephone and other device users on whose devices software made by defendant Carrier IQ is or has

9  been embedded (collectively, including the above-captioned matter, the "CIQ cases");

10    WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to

11  transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings

12  pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or

13  consolidation have been filed;

14    WHEREAS, in light of the pending MDL Motion and to facilitate an orderly schedule for

15  responding to the pleadings in the CIQ cases, the Parties have agreed that the deadline for  HTC

16  America, Inc. to answer, move, or otherwise respond to the Complaint shall be extended until 45

17  days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motion, or

18  as otherwise ordered by the MDL transferee court if the MDL Motion is granted; ***provided***, however,

19  that in the event that HTC America, Inc. shall respond on an earlier response date in any of the CIQ

20  cases, HTC America, Inc. shall respond to the Kleer Complaint on that earlier date;

21    WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of any

22  defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter

23  jurisdiction, improper venue, sufficiency of process or service of process;

24    WHEREAS, the Parties agree that that preservation of evidence in the CIQ cases is vital, that

25  defendant has received litigation hold letters, that they are complying with and will continue to

26  comply with all of their evidence preservation obligations under governing law, and that the delay

27  brought about by this Stipulation shall not result in the loss of any evidence;

28

1    NOW THEREFORE, Kleer and HTC America, Inc., by and through their respective counsel

2 of record, hereby stipulate as follows:

3    1.    The deadline for HTC America, Inc. to answer, move, or otherwise respond to the

4 Complaint in the above-captioned case shall be extended until 45 days after the Judicial Panel on

5 Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the

6 MDL transferee court if the MDL Motion is granted; *provided*, that in the event that HTC America,

7 Inc. shall respond on an earlier response date in any of the MDL Cases, HTC America, Inc. shall

8 respond to the Kleer Complaint on that earlier date.

9    2.    In the event that HTC America, Inc. provides documents or information to any

10 plaintiff in any of the MDL cases or any of the various actions filed in the many Districts throughout

11 the United States, HTC America, Inc. will provide those documents or information to Kleer at the

12 same time and in the same format.

13    3.    As a further condition of entry into this Stipulation, Defendant agrees that they are

14 complying with and will continue to comply with all evidentiary preservation obligations under

15 governing law.

16    This Stipulation does not constitute a waiver by HTC America, Inc. or any other named

17 defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of

18 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service

19 of process.

20    IT IS SO STIPULATED.

21 DATED:  December 30, 2011             ROBBINS GELLER RUDMAN
                                         & DOWD LLP
22                                       FRANK J. JANECEK, JR.
                                         CHRISTOPHER COLLINS
23

24

25                                       _____s/ CHRISTOPHER COLLINS_____
                                         CHRISTOPHER COLLINS
26
                                         655 West Broadway, Suite 1900
27                                       San Diego, CA  92101
                                         Telephone:  619/231-1058
28                                       619/231-7423 (fax)

1

2     ROBBINS GELLER RUDMAN
        & DOWD LLP
3     SHAWN A. WILLIAMS
      Post Montgomery Center
4     One Montgomery Street, Suite 1800
      San Francisco, CA  94104
5     Telephone:  415/288-4545
      415/288-4534 (fax)

6     ROBBINS GELLER RUDMAN
        & DOWD LLP
7     PAUL J. GELLER
      STUART A. DAVIDSON
8     MARK DEARMAN
      120 East Palmetto Park Road, Suite 500
9     Boca Raton, FL  33432
      Telephone:  561/750-3000
10    561/750-3364 (fax)

11    Attorneys for Plaintiff

12
      DATED:  December 30, 2011          MUNGER, TOLLES & OLSON LLP
13

14
                                         _____/s/ Rosemarie T. Ring_____
15                                               Rosemarie T. Ring

16
                                         HENRY WEISSMANN (SBN 132418)
17                                       Henry.Weissmann@mto.com
                                         355 South Grand Avenue,
18                                       Thirty-Fifth Floor
                                         Los Angeles, CA  90071-1560
19                                       Telephone:     (213) 683-9100
                                         Facsimile:     (213) 687-3702
20
                                         ROSEMARIE T. RING (SBN 220769)
21                                       Rose.Ring@mto.com
                                         JONATHAN H. BLAVIN (SBN 230269)
22                                       Jonathan.Blavin@mto.com
                                         VICTORIA L. BOESCH (SBN 228561)
23                                       Victoria.Boesch@mto.com
                                         BRYAN H. HECKENLIVELY (SBN 279140)
24                                       Bryan.Heckenlively@mto.com
                                         560 Mission Street
25                                       Twenty-Seventh Floor
                                         San Francisco, CA  94105-2907
26                                       Telephone:     (415) 512-4000
                                         Facsimile:     (415) 512-4077
27
                                         Attorneys for Defendant HTC America, Inc.
28

STIPULATION - CV11-06630-HRL                                        - 3 -

1 CERTIFICATE OF SERVICE

2       I hereby certify that on December 30, 2011, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on December 30, 2011.

9

10                           s/ CHRISTOPHER COLLINS

                         CHRISTOPHER COLLINS

11                          ROBBINS GELLER RUDMAN

                            & DOWD LLP

12                          655 West Broadway, Suite 1900

                         San Diego, CA  92101-3301

13                          Telephone:  619/231-1058

                         619/231-7423 (fax)

14

15                          E-mail:ChrisC@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28