RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KLEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC., HTC CORP., and HTC AMERICA, INC.,<br><br>Defendants. | Case No.: 5:11-cv-06630-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Pursuant to stipulation, it is SO ORDERED.

Dated: February 28, 2012

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER                                              Case No. 5:11cv06630-LHK