**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KLEER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CARRIER IQ, INC.; HTC CORP.; and HTC AMERICA, INC.,<br><br>Defendants. | Case No.: 11-CV-06630-LHK<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Edward J. Davila for a determination as to whether it is related to: *Kenny et al. v. Carrier IQ, Inc. et al.*, 11-cv-05774-EJD.

**IT IS SO ORDERED.**

Dated: February 28, 2012

　　　　　　　　　　　　　　　*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-06630-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION